*Edward J. Glennon, District Attorney* (*Peter A. Hatting* of counsel) for motion.

No one opposed.

Motion granted and appeal dismissed.

---

OTIS W. KENYON, Appellant, *v.* JOSEPH G. ROBIN, Respondent, Impleaded with Others.

*Appeal — discretionary order.*

*Kenyon* v. *Robin*, 195 App. Div. 921, appeal dismissed.
(Submitted June 6, 1921; decided June 10, 1921.)

MOTION to dismiss an appeal from a judgment, entered February 4, 1921, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department reversing an order of Special Term denying a motion to dismiss the complaint for failure to prosecute and granting said motion..

The motion to dismiss was made upon the ground that the order was discretionary, did not finally determine the action and that permission to appeal had not been obtained.

*Joseph G. Robin* for motion.
*Ralph Shulman* opposed.

Motion granted and appeal dismissed, with costs.